PHILLIP A. TALBERT
Acting United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Nov 12, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br>　v.<br><br>BENJAMIN JOHN SARGISSON,<br><br>　　　　　Defendant. | CASE NO.　2:21-mj-0173 CKD<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

## **S E A L I N G   O R D E R**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated:　November 12, 2021

　　　　　　　　　　　　　　　　　　　　　Hon. Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE