Law Offices of Ron Peters
RON PETERS (SBN: 45749)
901 H Street, Suite 611
Sacramento, California 95814
Telephone:   (916) 322-2472
Facsimile:   (916) 322-3208
Email: ronslaw207@sbcglobal.net

Attorney for Defendant
BENJAMIN JOHN SARGISSON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BENJAMIN JOHN SARGISSON,<br><br>    Defendant. | Case No. 2:22-cr-00016-TLN-1<br><br>**STIPULATION AND ORDER TO CONTINUE  STATUS CONFERENCE**<br><br>**Date:   July 14, 2022**<br>**Time:   2:00 p.m.**<br>**Judge:  Judge Troy L. Nunley** |

   The United States of America, through its counsels of record, Phillip A. Talbert,  United States Attorney for the Eastern District of California, and James R. Conolly, Assistant United States Attorney, and defendant Benjamin John Sargisson, through  his  attorney, Ronald Peters, Esq, hereby stipulate and agree that the status conference set for July 14, 2022, at 2:00 p.m. should be continued to **October 6, 2022, at 2:00 p.m.**

   The parties are addressing issues relating to the resolution of this matter and the defense needs additional time to explore 3553 factors that may be relevant. Additionally, the defense attorney has medical issues to attend to on the date of this hearing.

As a result of the foregoing, the parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161 (h)(7)(a).

The parties agree that good cause exists for the extension of time, and that the modest extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between be excluded pursuant to 18 U.S.C. §3161 (h)(7)(B), Local Code T-4.

**IT IS SO STIPULATED.**

Date: July 12, 2022                                    PHILLIP A. TALBERT
                                                      Acting United States Attorney


Dated: July 12, 2022                                   /s/ JAMES R. CONOLLY
                                                      JAMES R. CONOLLY
                                                      Assistant United States Attorney


Dated:  July 12, 2022                                  /s/ RON PETERS
                                                      RONALD J. PETERS
                                                      Attorney for Defendant
                                                       Benjamin John Sargisson

**ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, July 12, 2022, up to and including October 6, 2022, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

Date: July 13, 2022

Troy L. Nunley
United States District Judge