PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN JOHN SARGISSON,<br><br>Defendant. | CASE NO. 2:22-CR-16-DAD<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: May 23, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**BACKGROUND**

By previous order, this matter was set for status on May 23, 2023, before United States District Judge Dale A. Drozd. On April 6, 2023, the Court reassigned this case to United States District Judge Daniel J. Calabretta and vacated all dates in the case. ECF No. 40. By this stipulation, the parties now request that the Court set a status conference for June 22, 2023, and to exclude time under Local Code T4, between May 23, 2023, and June 22, 2023, for the reasons set forth below.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This case was set for a status conference on May 23, 2023.

2. By this stipulation, defendant now moves to continue the status conference until June 22, 2023, at 9:00 a.m., and to exclude time between May 23, 2023, and June 22, 2023, under 18 U.S.C.

§ 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes investigative reports and photographs, which the government has produced directly to counsel. There is also physical evidence in the form of the firearms in question, which the government has available for inspection, and will likewise make any other physical evidence available for inspection. The government is also in the process of confirming whether there is additional discovery, which it will produce in the event it is identified.

b) The parties are in the process of attempting to resolve this matter. Counsel for defendant desires additional time to review the discovery produced, to consult with his client, to conduct investigation and research related to the current charges, to discuss potential resolutions to this matter, and to otherwise prepare for trial.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) In addition to the public health concerns cited by the General Orders and presented by the evolving COVID-19 pandemic, an ends-of-justice delay is particularly apt in this case because the defendant is out of custody and lives an appreciable distance from Sacramento, where defense counsel is based. As a result, all travel must be carefully coordinated, which is more difficult at this time.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 23, 2023 to June 22, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of

the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 1, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

Dated:  May 1, 2023

/s/ MICHAEL LONG
MICHAEL LONG
Counsel for Defendant
BENJAMIN JOHN SARGISSON

### ORDER

IT IS SO FOUND AND ORDERED this 1st day of May, 2023.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE