MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for BENJAMIN SARGISSON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:22-cr-0016 DJC |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] |
| v. | ) ORDER ADDING THE NDCA TO |
| | ) DISTRICTS APPROVED FOR TRAVEL |
| | ) |
| BENJAMIN SARGISSON | ) Date: |
| | ) Time: |
| Defendant. | ) Judge: Hon. Magistrate Jeremy D. Peterson |
| ==============================) | |

     Mr. Sargisson's special conditions of pre-trial release are found in ECF document 9.  Special Condition 5 limits his travel to the Eastern District of California.  The parties are stipulating adding the Northern District to Mr. Sargisson's pre-approved area of travel based on his frequent need to travel to the Northern District to assist his elderly parents.

     I have spoken with Monica Bentley, Mr. Sargisson's EDCA pre-trial services officer, and AUSA James Conolly.  They both informed me that they agree that adding the Northern District to Mr. Sargisson's pre-approved area of travel is appropriate based on his frequent need to travel to the Northern District to assist his elderly parents.  Ms. Bentley will still require that Mr. Sargisson report to her when he is traveling to the Northern District so she will know if he is spending the night at his own home or if he is staying overnight with the parents.

-1-

Accordingly, the parties hereby stipulate that the Court amend condition #5 to read "You must restrict your travel to the Eastern and Northern Districts of California unless otherwise approved in advance by the pretrial services officer."

Dated: August 3, 2023                                   Respectfully submitted,

                                                                   /s/ Michael D. Long
                                                                   MICHAEL D. LONG
                                                                   Attorney for Benjamin Sargisson

Dated: August 3, 2023                                   PHILLIP TALBERT
                                                                  United States Attorney

                                                                  /s/ James Conolly
                                                                  JAMES CONOLLY
                                                                  Assistant U.S. Attorney

[PROPOSED] ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that Mr. Sargisson's Special Condition of Release #5 will now read "You must restrict your travel to the Eastern and Northern Districts of California unless otherwise approved in advance by the pretrial services officer"

Dated: August 3, 2023

                                                                 Hon. JEREMY D. PETERSON
                                                                 United States Magistrate Judge