Mario Tafur, Esq. (SBN: 329899)
**BULLDOG LAW, P.C,**
500 N. Central Avenue, Ste. 610
Glendale, CA 91203
Telephone (818)646-8990
email: mario@thebulldog.law

Attorneys for Defendant
Benjamin Sargisson

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>BENJAMIN SARGISSON,<br><br>                Defendant. | CASE NO.  2:22-cr-00016-DC-1<br><br>**STIPULATION AND ORDER RESETTING STATUS CONFERENCE AND REGARDING EXCLUDABLE**<br>**TIME PERIODS UNDER SPEEDY TRIAL ACT** |

      Plaintiff United States of America, by and through its counsel of record, and defendant Benjamin Sargisson, by and through his counsel of record, hereby stipulate as follows:

      1.     By previous order a status conference in this matter was scheduled for March 28, 2025, and all time up to March 28, 2025, was deemed excluded from the Speedy Trial Act under Local Code T4.  ECF 20.

      2.     By this stipulation and proposed order, the parties now move to reset the status conference on this matter to May 9, 2025, at 9:30 am, with all time until that date excluded under Local Code T4.

      3.     The parties agree and stipulate, and request that the Court find the following:

         a)     The discovery associated with this is still being reviewed by defense counsel and therefore counsel desires additional time to review the discovery in this case.  Defense counsel requires time to consult with his client, to conduct investigation and research related to the

**Stipulation and Order Resetting Status Conference**

charges, to review and copy discovery for this matter, and to discuss potential resolutions with his client.

      c)      Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweighs the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 28, 2025 to May 9, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated: March 25, 2025                              MICHELLE BECKWITH
                                                      Acting United States Attorney

                                                      */s/James R. Conolly*
                                                      JAMES CONOLLY
                                                      Assistant United States Attorney

Dated: March 25, 2025

                                                     */s/ Mario Tafur*
                                                      Counsel for Defendant
                                                      Benjamin Sargisson

**Stipulation and Order Resetting Status Conference**

# FINDINGS AND ORDER

**IT IS HEREBY ORDERED** that the Status Conference scheduled for March 28, 2025, is VACATED and RESET for May 9, 2025 at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. The time period between March 28, 2025 and May 9, 2025 inclusive, is excluded under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A) and(B)(i) and (iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:  **March 27, 2025**

Dena Coggins
United States District Judge

**Stipulation and Order Resetting Status Conference**