ERIC GRANT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00016-DC |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] ORDER |
| v. | |
| BENJAMIN JOHN SARGISSON, | DATE: February 27, 2026 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. Dena M. Coggins |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on February 27, 2026.

2.      By this stipulation, defendant moves to continue the status conference until April 17, 2026, at 9:30 a.m., and to exclude time between February 27, 2026, and April 17, 2026, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has produced data from the DVR of security camera footage that the defense requested, which includes months of recordings. Defense counsel is in the process of reviewing that footage and has indicated that they will need further time to review it and to determine whether or not further investigation is necessary.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

b)      The government has represented that the other discovery associated with this case includes investigative reports and photographs, which the government has produced directly to counsel.  There is also physical evidence in the form of the firearms in question, which the government has available for inspection, and will likewise make any other physical evidence available for inspection.

c)      Defense counsel desires additional time to review the discovery produced, as well as the anticipated discovery mentioned above, to consult with his client, to conduct investigation and research related to the current charges, to discuss potential resolutions to this matter, and to otherwise prepare for trial.

d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 27, 2026 to April 17, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 23, 2026

ERIC GRANT
United States Attorney


/s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney


Dated:  February 23, 2026

/s/ MARIO TAFUR
MARIO TAFUR
Counsel for Defendant
BENJAMIN JOHN SARGISSON

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3

## ORDER

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on February 23,2026 (Doc. No. 85), and good cause appearing therefrom, APPROVES the parties' stipulation.  Accordingly, the Status Conference scheduled for February 27, 2026, is VACATED and RESET for April 17, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between February 27, 2026 and April 17, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

It is important to note that the court is not likely to grant a further continuance of the status conference. The parties should be prepared to go forward on April 17, 2026.

IT IS SO ORDERED.

Dated:    **February 24, 2026**

Dena Coggins
United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4