KARREN KENNEY, State Bar #174872
KENNEY LEGAL DEFENSE
2900 Bristol Street, Suite C204
Costa Mesa, CA  92626

Telephone: (855) 505-5508
E-Mail:  KARREN.KENNEY@GMAIL.COM

*Attorneys for Benjamin Sargisson*

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 22-CR-00016-DC |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| vs. | |
| BENJAMIN SARGISSON , | |
| *Defendant.* | |

STIPULATION Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 29, 2026.

2. By this stipulation, defendant moves to continue the status conference until July 31, 2026, at 9:30 a.m., and to exclude time between May 29, 2026, and July 31, 2026, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

1

a) Current counsel represents due to a breakdown in communication between prior counsel and Mr. Sargisson, he retained new counsel. Current counsel is awaiting the receipt of all discovery produced by the Government, including data from the DVR of security camera footage that the defense requested, which includes months of recordings. Once received, defense counsel will need sufficient time to review the discovery and footage to determine whether or not further investigation is necessary.

b) The government has represented that the other discovery associated with this case includes investigative reports and photographs, which the government has produced directly to counsel. There is also physical evidence in the form of the firearms in question, which the government has available for inspection, and will likewise make any other physical evidence available for inspection.

c) Defense counsel desires additional time to review the discovery produced, as well as the anticipated discovery mentioned above, to consult with his client, to conduct investigation and research related to the current charges, to discuss potential resolutions to this matter, and to otherwise prepare for trial.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 29, 2026 to July 31, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice

2

STIPULATION TO CONTINUE

served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 20, 2026                    ERIC GRANT
                                       United States Attorney

                                       /s/ JAMES R. CONOLLY
                                       JAMES R. CONOLLY
                                       Assistant United States Attorney


                                       /s/Karren Kenney
                                       Attorney for Benjamin Sargisson

STIPULATION TO CONTINUE

## ORDER

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on May 20, 2026 (Doc. No. 91), and good cause appearing therefrom, APPROVES the parties' stipulation.  Accordingly, the Change of Plea or Trial Setting Hearing scheduled for May 29, 2026, is VACATED and RESET for July 31, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between May 29, 2026 and July 31, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:  __May 22, 2026__

_____
Dena Coggins
United States District Judge

4

STIPULATION TO CONTINUE