KARREN KENNEY, State Bar #174872
KENNEY LEGAL DEFENSE
2900 Bristol Street, Suite C204
Costa Mesa, CA 92626

Telephone: (855) 505-5508
E-Mail: KARREN.KENNEY@GMAIL.COM

*Attorneys for Benjamin Sargisson*

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* vs. BENJAMIN SARGISSON , *Defendant.* | Case No.: 22-CR-00016-DC<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ~~PROPOSED~~ ORDER |

STIPULATION Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 31, 2026.
2. By this stipulation, defendant moves to continue the status conference until October 9, 2026, at 9:30 a.m., and to exclude time between July 31, 2026, and October 9, 2026, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].
3. The parties agree and stipulate, and request that the Court find the following:

a) Current counsel received over 1100 electronic files of data from the DVR of security camera footage seized during the search warrant execution, which includes months of recordings. Defense counsel is still reviewing the footage and at this point, intends to file a Motion to Suppress and request a *Franks* hearing. In addition, the completion of the review of the voluminous amount of video footage may warrant further investigation.

b) Defense counsel emailed a discovery request on July 15, 2026, specifically seeking all related discovery referred to in the search warrant that was executed on August 29, 2019, and is awaiting compliance with the request.

c) Defense counsel desires additional time to review the discovery produced, as well as the anticipated discovery mentioned above, to consult with her client, to conduct investigation and research related to the current charges, file the motion to suppress, discuss potential resolutions to this matter, and to otherwise prepare for trial.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny Mr. Sargisson the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 31, 2026 to October 9, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 24, 2026

ERIC GRANT
United States Attorney

/s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

/s/Karren Kenney
Attorney for Benjamin Sargisson

# ORDER

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on July 24, 2026 (Doc. No. 93), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Change of Plea or Trial Setting Hearing scheduled for July 31, 2026, is VACATED and RESET for October 9, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between July 31, 2026 and October 9, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

It is important to note, counsel shall be prepared to proceed on October 9, 2026, as a further continuance is not likely.

IT IS SO ORDERED.

Dated: **July 24, 2026**

Dena Coggins
United States District Judge